AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
MICHAEL JERRETT AMOS

_____
*Defendant*

)
)
)
)
)
)
)

Case: 1:24-mj-00209
Assigned to: Judge Meriweather, Robin M.
Assign Date: 6/27/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ MICHAEL JERRETT AMOS _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Acts of Physical Violence in the Capitol Grounds or Buildings.

2024.06.27
11:54:54 -04'00'

Date:    06/27/2024
_____
*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/27/24, and the person was arrested on *(date)* 6/28/24 |
| at *(city and state)* Fort Myers FL. |

Date: 6/28/24

_____
*Arresting officer's signature*

TFO Tim Dugan 05191
*Printed name and title*


CS CamScanner